United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 30, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-20080
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

FEDERICO DELEON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:05-CR-145-2
--------------------

Before DAVIS, BARKSDALE and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Federico DeLeon appeals the 120-month sentence he received

for conspiracy to possess cocaine with the intent to distribute

and for aiding and abetting the possession of cocaine with the

intent to distribute under 21 U.S.C. §§ 841, 846 and 18 U.S.C.

§ 2. The district court was required to impose a minimum

sentence of 120 months under § 841(b)(1)(A)(ii). DeLeon argues

that the district erred in calculating a guidelines sentencing

range of 87 to 108 months in prison. As counsel for DeLeon

conceded in the district court, this issue is rendered moot by

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

the applicable statutory minimum.  See United States v. Mankins,

135 F.3d 946, 950 (5th Cir. 1998).  Accordingly, the appeal is

DISMISSED AS FRIVOLOUS.  5TH CIR. R. 42.2.